OPINION — AG — ** NEPOTISM — SUCCESSION TO INTERSTATE PROPERTY ** IS A PERSON OR IS A PERSON NOT, WHO IS MARRIED TO THE SISTER OF ANOTHER PERSON IS RELATED, WITHIN THE THIRD DEGREE BY AFFINITY OR CONSANGUINITY, TO SUCH OTHER PERSON ? AFFIRMATIVE (NEPOTISM) CITE: 21 O.S. 481 [21-481], 21 O.S. 483 [21-483], 84 O.S. 217 [84-217], 84 O.S. 221 [84-221] (NUMBER OF GENERATIONS), 84 O.S. 221 [84-221] (COLLATERAL LINE, RELATIONS) (JAMES C. HARKIN)